UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK HARRISON

VERSUS

ACE AMERICAN INSURANCE
COMPANY, et al.

CIVIL ACTION

NO. 21-245-JWD-SDJ

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 14, 2021 (Doc. 17), to no objection was filed;

**IT IS ORDERED** this matter is REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's request for attorney's fees is DENIED.

Signed in Baton Rouge, Louisiana, on January 5, 2022.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

19th JDC - Certified